```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TRAYVON THOMPSON,                                            :
                                           Plaintiff,        :
                                                             :      15 Civ. 01043 (LGS)
                 -against-                                   :
                                                             :              ORDER
THE CITY OF NEW YORK, et al.,                                :
                                                             :
                                           Defendants.       :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/15

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, Defendants filed a motion to dismiss on May 28, 2015.

  WHEREAS, the Order dated June 2, 2015 (Dkt. No. 16), required that, if Plaintiff amends its pleading, the Defendants shall, within 21 days of such amendment: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.

  WHEREAS, Plaintiff timely filed the Amended Complaint on June 18, 2015.

  WHEREAS, Defendants have failed to timely respond to the Amended Complaint as required by the Order dated June 2, 2015. It is hereby

  **ORDERED** that Plaintiff shall file a letter on ECF by **July 17, 2015**, about how it intends to proceed. Any response shall be filed by **July 21, 2015**.

Dated: July 13, 2015
   New York, New York

               _____
                LORNA G. SCHOFIELD
               UNITED STATES DISTRICT JUDGE