# WALE MOSAKU, P.C.
## LAW OFFICES
25 BOND STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201

_____

(718) 243-0994  Fax: (718) 243-9148

July 17, 2015

VIA ECF

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Trayvon Thompson v. The City of New York, et al
        15 Civ. 1043 (LGS)

Your Honor:

I represent the plaintiff in the above-referenced matter.

I write, in compliance with the Court's Order dated 07/13/2015, to inform the Court that the plaintiff will voluntarily discontinue the instant action, and will pursue the claims asserted in State Court.

To that end, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, FRCP, a fully executed "Stipulation of Voluntary Dismissal" will be filed today.

I thank the Court for its attention to, and consideration of this matter.

Respectfully submitted,

        /s/

Wale Mosaku

cc:     (via ECF)
        David Cooper, Esq.
        Assistant Corporation Counsel
        Attorney for defendants